IN THE UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | CR 10-1197-TUC-JMR |
| | ) | |
| v. | ) | **O R D E R** |
| | ) | |
| Alejandro Rivas-Amador, | ) | |
| | ) | |
| Defendant. | ) | |

The District Court, having independently reviewed the pleadings in the court file in this matter and the Magistrate Judge's Report and Recommendation,

**IT IS ORDERED** that the District Court **ADOPTS** the Magistrate Judge's Report and Recommendation dated November 10, 2010.

This case remains set for a **FIRM** trial date of February 1, 2011.

DATED this 13th day of December, 2010.

John M. Roll
Chief United States District Judge